HARRY SADOW, Respondent, v. NEW YORK TRIBUNE, INC., Appellant.— Judgment and order unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,002.83; in which event the judgment as so modified

and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.